## VICTOR v. LEWIS et al.[*]
### No. 14959.

Court of Appeal of Louisiana. Orleans.
Dec. 10, 1934.

For former opinion, see 157 So. 293.

P. M. Milner, of New Orleans, for appellant.

O'Niell & O'Niell, of New Orleans, for appellee.

### PER CURIAM.

Counsel criticizes our opinion in this case upon the ground that the case of Pruyn v. Gay, 159 La. 981, 106 So. 536, and not Heeb v. Codifer & Bonnabel, 162 La. 139, 110 So.

[*]Writ of error refused Feb. 4, 1935.

178, should control in the situation presented by the facts of this case.

After a careful re-examination of both authorities, we are confirmed in our opinion that the present case is much nearer the Heeb Case, the later case, and believe that case to be determinative of the issue presented on the question of the forfeiture of the installments paid by the plaintiff, which is the part of our opinion to which counsel mainly directs his criticism.

The application for the rehearing is therefore refused.

Rehearing refused.

## ESTES v. ÆTNA CASUALTY & SURETY CO. et al.
### No. 14980.

Court of Appeal of Louisiana. Orleans.
Dec. 10, 1934.

For former opinion, see 157 So. 395.

### PER CURIAM.

Our original decree was rendered against Alberta Kinsey and Ætna Casualty & Surety Company, in solido. Our attention is called to the fact that by supplemental petition the Ætna Life Insurance Company was substituted as a party defendant for Ætna Casualty & Surety Company. The decree should, therefore, have been rendered against Alberta Kinsey and Ætna Life Insurance Company.

It is therefore ordered, adjudged, and decreed that our decree be amended by the substitution of Ætna Life Insurance Company for Ætna Casualty & Surety Company, and as thus amended that it be reinstated. The application of Alberta Kinsey for a rehearing is refused. The right of Ætna Life Insurance Company to apply for rehearing is reserved.

Decree amended.

Rehearing refused.